Dennis Harris
NAME
A-16968

PRISON NUMBER

P.O.Box 4000/7-

CURRENT ADDRESS OR PLACE OF CONFINEMENT

Vᶦᶦcaville,Ca.95696

CITY, STATE, ZIP CODE

# FILED

JAN - 4 2016

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

Dennis Harris/#A-16968
_____,
(FULL NAME OF PETITIONER)
                          **PETITIONER**

v.

WARDEN: Eric Holder
_____,
(NAME OF WARDEN, SUPERINTENDENT, JAILOR, OR AUTHORIZED
PERSON HAVING CUSTODY OF PETITIONER [E.G., DIRECTOR OF THE
CALIFORNIA DEPARTMENT OF CORRECTIONS])

                          **RESPONDENT**
and

_____,
The Attorney General of the State of
California, Additional Respondent.

Civil No. _____

2:16 - CV - 0 0 1 6    EFB HC

(TO BE FILLED IN BY CLERK OF U.S. DISTRICT COURT)

**PETITION FOR WRIT OF HABEAS CORPUS**

UNDER 28 U.S.C. § 2254
BY A PERSON IN STATE CUSTODY

1. Name and location of the court that entered the judgment of conviction under attack: _____
   Sacramento County Superior Court,Hon.Cheryl Chun Meegan Judge

2. Date of judgment of conviction: Aug.29,2011; _____

3. Trial court case number of the judgment of conviction being challenged: 10F05349 ____
   consolidated No.10F05930

4. Length of sentence: September 23,2011,was sentenced to 23 years ꟷꟷꟷ
   plus 8-monthᶦᶦ

**5.** Sentence start date and projected release date: _____

_____

**6.** Offense(s) for which you were convicted or pleaded guilty (all counts): _____
P.C.211,three counts,Gun e nhanlcements,P.C.12022.53(b) _____

_____

**7.** What was your plea? (CHECK ONE)

    (a) Not guilty    XXX

    (b) Guilty    ☐

    (c) Nolo contendere  ☐

**8.** If you pleaded not guilty, what kind of trial did you have? (CHECK ONE)

    (a) Jury    Xx

    (b) Judge only ☐

**9.** Did you testify at the trial?

    ☐ Yes  ☐ No

### DIRECT APPEAL

**10.** Did you appeal from the judgment of conviction in the **California Court of Appeal**?

    ☒ Yes  ☐ No

**11.** If you appealed in the **California Court of Appeal**, answer the following:

    (a) Result: Denial _____

    (b) Date of result, case number and citation, if known: C069406 _____

_____

    (c) Grounds raised on direct appeal: Defense Counsel's F'lilure to prellerve
the Hearslly objection,as violations to Petitioner'llRightll
to Confrontaqfon,Faar trial under Federal Const. viol'ltes
Effective Assistance of Counsel.

**12.** If you sought further direct review of the decision on appeal by the **California Supreme Court** (e.g., a Petition for Review), please answer the following:

    (a) Result: DENial _____

    (b) Date of result, case number and citation, if known: C069404 _____

    (c) Grounds raised: Jackson's 911 call violated Appellant's Sixth Amend
rights under Confrontation Clause; Admissible for nonhearsay
purpose violated-Fourteenth Amendment right to fair trial; Evidentiary
Error was Prejudicial, Judgment must be reversed; Ineffective Defense Counsel

## GROUNDS FOR RELIEF

22. State *concisely* every ground on which you claim that you are being held in violation of the constitution, law or treaties of the United States. Summarize *briefly* the facts supporting each ground. If necessary, you may attach pages stating additional grounds and/or facts supporting each ground.

(a) **GROUND ONE**: Ineffective Defense Counsel's Failure to Prserve the Hearsay Objection to Confrontation Clause to fair trial.

Supporting FACTS (state *briefly* without citing cases or law) where the record reveals No reason for the very challenged aspect of representation 'unless counsel was Asked for an explanation And failed to... provide one;In Some cases,however,"there Simply could be no satisfactory explanation.

**Did you raise GROUND ONE in the California Supreme Court?**
XXXYes ☐ No.

**(b)** **GROUND TWO:** Appellant's Sixth Amendment Right to Confront the witnesses Against Him

**Supporting FACTS** (state *briefly* without citing cases or law): PProsecutor did Alot subponea Laretha Jackson as a witness for trial,but Nevertheless moved to admit evidence relating to an 911 call She made on 8/30/2010,to report that her car had been taken by Appellant

**Did you raise GROUND TWO in the California Supreme Court?**
XXXYes ☐ No.

**(c) GROUND THREE:** Trial Court violated Petitioner's Fourteenth Amendment Right's to Fair Trial.

**Supporting FACTS** (state *briefly* without citing cases or law): Insofar as it... Constituted Inadmissible Hearsay, Since "Jackson" did not testify And it Alloed the jury to Improperly infer "Harris" had Access to that car At the time of the I-Hob Robbery.

**Did you raise GROUND THREE in the California Supreme Court?**

x☒xYes ☐ No.

**(d) GROUND FOUR:** Erroneous Admission of "Cad Log evidence,violated Petitioner's Federal Const.Right to Due Process.#2,Nonhearsy O�¹ Detective "French's reasoning to focus on Petitioner

**Supporting FACTS** (state *briefly* without citing cases or law): Trial Allowed detective French to testify he'd reviewed the CAD log,regarding Jackson's White Dodge Magnum,Also by rendering "Harris's" trial Fundament-Ally unfair.When the officer's reaction or state of mind is... irrelevant to any issue presented in the case,Admission of Such otherwise inadmissible hearsay evidence is error.

**Did you raise GROUND FOUR in the California Supreme Court?**

xxxxxx ☑ Yes ☐ No.

23. Do you have any petition or appeal **now pending** in any court, either state or federal, pertaining to the judgment under attack?
☐ Yes  ☒ No

24. If your answer to #23 is "Yes," give the following information:
    (a)  Name of Court: _____

    (b)  Case Number: _____

    (c)  Date action filed: _____

    (d)  Nature of proceeding: _____

    (e)  Grounds raised: _____

    (f)  Did you receive an evidentiary hearing on your petition, application or motion?
    ☐ Yes  ☐ No  N/a

25. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:
    (a)  At preliminary hearing: _____

    (b)  At arraignment and plea: _____

    (c)  At trial: _____

    (d)  At sentencing: _____

    (e)  On appeal: PAtricill L.Brisbois# 167180

    (f)  In any post-conviction proceeding: _____

    (g)  On appeal from any adverse ruling in a post-conviction proceeding: _____

26. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
☒ Yes  ☐ No

27. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
☐ Yes  ☒ No

   (a)  If so, give name and location of court that imposed sentence to be served in the future:

   _____

   (b)  Give date and length of the future sentence: _____

   _____

   (c)  Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
   ☐ Yes  ☐ No

28. Date you are mailing (or handing to a correctional officer) this Petition to this court: _____

   _12/15/15_

Wherefore, Petitioner prays that the Court grant Petitioner relief to which he may be entitled in this proceeding.

_____
SIGNATURE OF ATTORNEY (IF ANY)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

_12—15—13_        _Dennis Davis_
(DATE)                  SIGNATURE OF PETITIONER