IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DENNIS HARRIS,**

                    Petitioner,

v.

**ERIC HOLDER,**

                    Respondent.

Case No. 2:16-cv-00016-EFB

**[PROPOSED] ORDER**

    Respondent has moved for a 30-day enlargement of time within which to file a response to the petition in this matter.

    GOOD CAUSE APPEARING, IT IS ORDERED that Respondent's motion is granted. The response to the petition shall be filed on or before January 6, 2016. 2017.

Dated: December 7, 2016

                                                The Honorable Edmund F. Brennan
                                                United States Magistrate Judge